GEORGE JOYNER v. HOME SECURITY LIFE INSURANCE COMPANY.

(Filed 18 March, 1931.)

APPEAL by plaintiff from *Moore, Special Judge,* at February Term, 1931, of WAKE.

Civil action to recover on a contract of insurance.

The defendant pleaded fraud in the procurement of the policy, and, on evidence to support the finding, this issue was answered in favor of the defendant. Judgment entered accordingly.

Motion by plaintiff "to set aside the verdict as a matter of law"; overruled; exception; appeal.

*George W. Ball for plaintiff.*
*Thos. W. Ruffin for defendant.*

PER CURIAM. The record contains no exceptive assignment of error which can be sustained.

No error.